UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>PATTAR TRANS, INC., et al.,<br><br>         Defendants. | Case No.  1:21-cv-00695-NONE-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL AS TO ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 23) |

On December 22, 2021, the parties filed a joint stipulation dismissing this action in its entirety without prejudice and with all parties to bear their own costs. (ECF No. 23). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:  **December 27, 2021**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1